No. 91–1618. VOINOVICH, GOVERNOR OF OHIO, ET AL. *v.* QUILTER, SPEAKER PRO TEMPORE OF OHIO HOUSE OF REPRESENTATIVES, ET AL. D. C. N. D. Ohio. [Probable jurisdiction

noted, 504 U. S. 954.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of the Solicitor General to permit Thomas G. Hungar, Esq., to present oral argument *pro hac vice* granted.